FILED
May 25 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ charlest  DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JUAN CRUZ (1),<br>MARIO JARAMILLO (2),<br>MANUEL PEREZ-HERRERA (3),<br>VANESSA RAMIREZ (4),<br>LUZ DE LUNA OLMOS (5),<br>ADRIAN ENRIQUEZ (6),<br><br>  Defendants. | Case No. '22 CR1169 W<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 841(a)(1) and 846 - Conspiracy to Distribute Cocaine, Methamphetamine and Fentanyl; Title 18 U.S.C., Sec. 2- Aiding and Abetting |

The grand jury charges:

Count 1

Beginning on a date unknown to the grand jury and continuing up to and including May 12, 2022, within the Southern District of California, defendants JUAN CRUZ, MARIO JARAMILLO, MANUEL PEREZ-HERRERA, VANESSA RAMIREZ, LUZ DE LUNA OLMOS, and ADRIAN ENRIQUEZ did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 5 kilograms and more, to wit: approximately 799.3 kilograms (1,762.15 pounds), of a mixture and substance containing a detectable amount of Cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

PEBE:cms:San Diego:5/25/22

### Count 2

Beginning on a date unknown to the grand jury and continuing up to and including May 12, 2022, within the Southern District of California, defendants VANESSA RAMIREZ and LUZ DE LUNA OLMOS did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 500 grams and more, to wit: 74.8 kilograms (164.91 pounds), of a mixture and substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### Count 3

Beginning on a date unknown to the grand jury and continuing up to and including May 12, 2022, within the Southern District of California, defendants VANESSA RAMIREZ and LUZ DE LUNA OLMOS, did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to distribute 400 grams and more, to wit: 1.6 kilograms (3.53 pounds), of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] (Fentanyl), a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED: May 25, 2021.

RANDY S. GROSSMAN
United States Attorney

By: /s/ Paul E. Benjamin
PAUL E. BENJAMIN
JAMES REDD
LAWRENCE A. CASPER
Assistant U.S. Attorneys

2